Ronald E. Stadtmueller, Chapter 13 Trustee  Check No. 697857
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-61105 | 999-0 | KERBY D DAVIS<br>Original Check written to:<br>KERBY D DAVIS<br>405 BRIGADOON<br>TYLER, TX  75703 | | 0.00 | 440.20 | 0.00 | 440.20 |
| 05-90260 | 001-0 | BOBBY LAYNE CONNER<br>Original Check written to:<br>HIBERNIA NATIONAL BANK<br>LENDING LAW DEPT<br>225 BARONNE ST 11TH FLOOR<br>NEW ORLEANS, LA  70112 | 7166 | 0.00 | 1,072.50 | 30.15 | 1,102.65 |
| 06-20136 | 005-0 | MICHAEL G CHAMBLEE<br>Original Check written to:<br>CASS CAD<br>TAX COLLECTOR<br>2323 BRYAN STREET#1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxxxxxxx0240 | 0.00 | 81.99 | 0.00 | 81.99 |
| 08-60287 | 003-0 | MICHAEL RAY JOHNSON<br>Original Check written to:<br>DALLAS COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN #1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxx0000 | 883.51 | 0.00 | 41.42 | 41.42 |
| 08-90138 | 003-0 | RODNEY BROWN<br>Original Check written to:<br>CIT GROUP<br>715 S METROPOLITAN AVE #150<br>OKLAHOMA CITY, OK  73108 | 1601 | 1,432.52 | 0.00 | 29.38 | 29.38 |